**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARTIN CHARLES FLYNN, JR.,

      Debtor.

_____/

650 85TH, LLC, a Florida limited liability
company, SHERWOOD CONSTRUCTION,
INC., a Florida corporation, and MARTIN C.
FLYNN, JR., individually,

      Plaintiff/Counter Defendant,

vs.

PEDIXON, LLC,

      Defendant/Counter Plaintiff.

_____/

Case No. 6:26-bk-00399-LVV
CHAPTER 11

Adv. Proc. No. 6:26-ap-000068

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

    1.    The Honorable Lori V. Vaughan will conduct a preliminary hearing on this case on July 21, 2026 at 1:30 p.m. in Orlando, FL - Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, Orlando, FL 32801 on the following matter:

**MOTION FOR REMAND AND FOR THE COURT TO ABSTAIN**
**[Doc. No. 6]**

    2.    All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Vaughan's Hearing Guidelines, available at https://www.flmb.uscourts.gov/judges/vaughan.

    3.    Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

    4.    The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

6460078.v1

/s/ James A. Timko
James A. Timko, Esq.
Florida Bar No. 0088858
**DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.**
420 S. Orange Avenue, Suite 700
Orlando, Florida 32801
Tel: 407-841-1200/Fax: 407-423-1831
Email: jtimko@deanmead.com
***Counsel for Creditor Pedixon, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2026, I electronically filed the foregoing document with the Clerk of Court through CM/ECF system which will send a Notice of Electronic Filing to all counsel of record (if they receive ECF notification) and by regular mail to the individuals identified below:

**Debtor**

Martin Charles Flynn, Jr.
14556 Saint Georges Hill Drive
Orlando, FL 32828

**Debtor's Counsel**

Daniel A. Velazquez
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Ave., Ste 1400
Orlando Fl 32801

/s/ James A. Timko
James A. Timko, Esq.

2

6460078.v1